■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE BAER, Appellant. [889 NYS2d 865]—

The defendant's waiver of his right to appeal was knowing, voluntary, and intelligent (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]), and it forecloses appellate review of the defendant's claim that the sentence imposed was excessive (*see People v Cenname*, 66 AD3d 795 [2009]; *People v Hairston*, 53 AD3d 669 [2008]). We note that the defendant was sentenced as a second felony drug offender, a status he does not challenge, and that the court merely misspoke at sentencing when it stated that the defendant was a second violent felony offender. Fisher, J.P., Santucci, Dickerson, Chambers and Lott, JJ., concur.